```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LEOBARDO AVILA-ENRIQUEZ
 7
 8
                    IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,     )  NO. CR-S-07-0562 WBS
                                  )
13               Plaintiff,       )
                                  )  STIPULATION AND [PROPOSED] ORDER
14       v.                       )  CONTINUING STATUS CONFERENCE
                                  )
15  LEOBARDO AVILA-ENRIQUEZ,      )  Date: February 11, 2008
        aka Leobardo Avila        )  Time: 8:30 a.m.
16                                )  Judge: Hon. William B. Shubb
                 Defendant.       )
17  _____)
18
```

19      It is hereby stipulated between the parties, Kyle Reardon,
20 Assistant United States Attorney, attorney for plaintiff, and Mary M.
21 French, Supervising Assistant Federal Defender, attorney for defendant
22 LEOBARDO AVILA-ENRIQUEZ, that the Status Conference hearing date of
23 January 14, 2008, is vacated and a new Status Conference hearing date
24 of February 11, 2008, at 8:30 a.m. is hereby set.
25      This continuance is requested because of defense is still in the
26 process of reviewing discovery with defendant, who speaks only Spanish,
27 and due to on-going negotiations between the parties for a resolution
28 of this matter.

1  It is further stipulated that the period from January 14, 2008,
2 through and including February 11, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:   January 11, 2008              Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Defender
7

8
                                           /s/ Mary M. French
9                                         MARY M. FRENCH
                                          Supervising Assistant
10                                        Federal Defender
                                          Attorney for Defendant
11                                        LEOBARDO AVILA-ENRIQUEZ

12
Dated:   January 11, 2008               MCGREGOR W. SCOTT
13                                      United States Attorney

14
                                        /s/  Mary M. French for
15                                           Kyle Reardon
                                        _____
16                                      KYLE REARDON
                                        Assistant U.S. Attorney
17                                      per telephonic authorization

18

19
IT IS SO ORDERED.
20
Dated:   January 11, 2008
21
                         [signature: William B. Shubb]
22                      _____
                        WILLIAM B. SHUBB
23                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order               -2-