DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEOBARDO AVILA-ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0562 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| LEOBARDO AVILA-ENRIQUEZ, ) | Date: March 10, 2008 |
| aka Leobardo Avila ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant LEOBARDO AVILA-ENRIQUEZ, that the Status Conference hearing date of February 11, 2008, is vacated and a new Status Conference hearing date of March 10, 2008, at 8:30 a.m. is hereby set.

This continuance is requested because defense counsel has just received a plea offer and needs additional time to review the offer with defendant.

It is further stipulated that the period from February 11, 2008,

1   through and including March 10, 2008, should be excluded pursuant to
2   18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3   counsel and defense preparation.

4   Dated:   February 8, 2008          Respectfully submitted,

5                                      DANIEL J. BRODERICK
                                       Federal Defender
6

7
                                        /s/ Mary M. French
8                                      MARY M. FRENCH
                                       Supervising Assistant
9                                      Federal Defender
                                       Attorney for Defendant
10                                     LEOBARDO AVILA-ENRIQUEZ

11
    Dated:   February 8, 2008          MCGREGOR W. SCOTT
12                                     United States Attorney

13
                                       /s/  Mary M. French for
14                                          Kyle Reardon

15                                     KYLE REARDON
                                       Assistant U.S. Attorney
16                                     per telephonic authorization

17

18
    IT IS SO ORDERED.
19
    Dated:   February 11, 2008
20

21  _____
    WILLIAM B. SHUBB
22  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Order                  -2-