```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LEOBARDO AVILA-ENRIQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-07-0562 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
| | ) |
| LEOBARDO AVILA-ENRIQUEZ, | ) Date: April 7, 2008 |
| aka Leobardo Avila | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant LEOBARDO AVILA-ENRIQUEZ, that the Status Conference hearing date of March 10, 2008, is vacated and a new Status Conference hearing date of April 7, 2008, at 8:30 a.m. is hereby set.

This continuance is requested because defense counsel has received a plea offer and needs additional time to review the offer with defendant, who requires an interpreter.

It is further stipulated that the period from March 10, 2008,

1  through and including April 7, 2008, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  March 7, 2008                Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                        Federal Defender
6

7
                                        /s/ Mary M. French
8                                       MARY M. FRENCH
                                        Supervising Assistant
9                                       Federal Defender
                                        Attorney for Defendant
10                                      LEOBARDO AVILA-ENRIQUEZ

11
    Dated:  March 7, 2008               MCGREGOR W. SCOTT
12                                      United States Attorney

13
                                        /s/  Mary M. French for
14                                           Kyle Reardon
                                        _____
15                                      KYLE REARDON
                                        Assistant U.S. Attorney
16                                      per telephonic authorization

17

18
    IT IS SO ORDERED.
19
    Dated:  March 7, 2008
20
                                        _____
21                                      WILLIAM B. SHUBB
22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Stipulation and Order                   -2-