1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LEOBARDO AVILA-ENRIQUEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,       )  NO. CR-S-07-0562 WBS
                                    )
13                   Plaintiff,     )
                                    )  STIPULATION AND [~~PROPOSED~~] ORDER
14       v.                         )  CONTINUING STATUS CONFERENCE
                                    )
15  LEOBARDO AVILA-ENRIQUEZ,        )  Date:  April 28, 2008
       aka Leobardo Avila          )  Time:  8:30 a.m.
16                                  )  Judge: Hon. William B. Shubb
                     Defendant.     )
17                                  )
    _____

18

19       It is hereby stipulated between the parties, Kyle Reardon,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, Supervising Assistant Federal Defender, attorney for defendant

22  LEOBARDO AVILA-ENRIQUEZ, that the Status Conference hearing date of

23  April 7, 2008, is vacated and a new Status Conference hearing date of

24  April 28, 2008, at 8:30 a.m. is hereby set.

25       This continuance is requested because defense counsel has received

26  a plea offer and needs additional time to review the offer with

27  defendant, who requires an interpreter, and also because defense

28  counsel needs additional time to verify defendant's criminal history.

1      It is further stipulated that the period from April 7, 2008,

2  through and including April 28, 2008, should be excluded pursuant to

3  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4  counsel and defense preparation.

5  Dated:  April 4, 2008              Respectfully submitted,

6                                     DANIEL J. BRODERICK
                                      Federal Defender
7

8
                                      /s/ Mary M. French
9                                     MARY M. FRENCH
                                      Supervising Assistant
10                                    Federal Defender
                                      Attorney for Defendant
11                                    LEOBARDO AVILA-ENRIQUEZ

12
   Dated:  April 4, 2008             MCGREGOR W. SCOTT
13                                    United States Attorney

14
                                      /s/  Mary M. French for
15                                         Kyle Reardon

16                                    KYLE REARDON
                                      Assistant U.S. Attorney
17                                    per telephonic authorization

18

19
   IT IS SO ORDERED.
20
   Dated:  April 7, 2008
21

22
   WILLIAM B. SHUBB
23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28

Stipulation and Order                 -2-