```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MARY M. FRENCH, #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LEOBARDO AVILA-ENRIQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-07-0562 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v.  ) | STATUS CONFERENCE |
| ) | |
| LEOBARDO AVILA-ENRIQUEZ, ) | Date: May 12, 2008 |
| aka Leobardo Avila ) | Time: 8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant LEOBARDO AVILA-ENRIQUEZ, that the Status Conference hearing date of April 28, 2008, is vacated and a new Status Conference hearing date of May 12, 2008, at 8:30 a.m. is hereby set.

This continuance is requested because defense counsel Mary M. French is being replaced with new defense counsel Hayes Gable who is in the process of filing a substitution of attorney and reviewing the file and discovery.

1    It is further stipulated that the period from April 28, 2008,
2 through and including May 12, 2008, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated:  April 25, 2008           Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                   Federal Defender
7

8
                                    /s/ Mary M. French
9                                  MARY M. FRENCH
                                   Supervising Assistant
10                                 Federal Defender
                                   Attorney for Defendant
11                                 LEOBARDO AVILA-ENRIQUEZ

12
   Dated:  April 25, 2008          MCGREGOR W. SCOTT
13                                 United States Attorney

14
                                   /s/  Mary M. French for
15                                      Kyle Reardon

16                                 _____
                                   KYLE REARDON
                                   Assistant U.S. Attorney
17                                 per telephonic authorization

18

19
   IT IS SO ORDERED.
20
   Dated:  April 25, 2008
21

22                                 _____
                                   WILLIAM B. SHUBB
23                                 UNITED STATES DISTRICT JUDGE

24

25

26

27

28