HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
LEOBARDO AVILA-ENRIQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LEOBARDO AVILA-ENRIQUEZ,** <br><br> Defendant. | CR. S-07-0562 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Judge: Hon. William B. Shubb |

-o0o-

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kyle Reardon, and defendant Leobardo Avila-Enriquez, by and through his counsel, Hayes H. Gable, III, agree and stipulate to vacate the existing status conference in the above-captioned action, May 12, 2008, and to continue the matter to June 9, 2008, at 8:30 a.m. for status conference.

The reason for this request is that t defense counsel was recently substituted into the case and requires the additional time to review the file and meet with the defendant. The parties further agree and stipulate that the period for the filing of this stipulation until June 9, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to

allow continuity of counsel and to allow reasonable time necessary for effective presentation.  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

      Counsel for the government has authorized the execution of this stipulation on her behalf.  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  May 8, 2008                   /s/Hayes H. Gable, III
                                        HAYES H. GABLE III
                                        Attorney for Defendant
                                        LEOBARDO AVILA-ENRIQUEZ

Dated:  June 13, 2007             MCGREGOR W. SCOTT
                                        United States Attorney

                       By:    /s/Hayes H. Gable, III for
                                        KYLE REARDON
                                        Assistant United States Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation, the status conference in the above-entitled action is continued to June 9, 2008, at 8:30 a.m.  The court finds excludable time in this matter from May 12, 2008 through June 9, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  May 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE